Notice dated 6th
of *March*, 1824,
of motion to be
made on second
*Monday* after
fourth *Monday* in
*March next*, does
not refer to se-
cond *Monday* af-
ter 4th in *March*,
1824.

## Bank of Mobile *against* The State.

JUDGE *Gayle* delivered the opinion of the Court.

In this case the notice of the Comptroller, dated 6th of *March*, 1824, is, that " The President, Directors, and Co. of " the Bank of *Mobile* are hereby notified that I shall, by the " Solicitor of the first Judicial Circuit, move for judgment " against them in the Circuit Court of *Mobile* County, to be " held on the second *Monday* after the fourth *Monday* in " *March* next, for the following sums," &c.

At the *April* term, 1824, the Circuit Court rendered a judgment against the President, Directors, and Co., and they now assign here as Error, that the judgment was rendered at the first term, when they were notified that the mo-

tion would be made at a subsequent term. The Attor-
ney General contends that the word "next" refers to the
month in which the notice was dated. This interpretation
would be contrary to the common understanding of man-
kind and to the meaning which the words used have univer-
sally obtained. No appearance for the defendants was en-
tered in the Court below.

The judgment must be reversed.